CHARLES BARSOTTI, Appellant, *v.* FIDALMA DEL GENO-VESE, as Administratrix of the Estate of VIRGILIO DEL GENOVESE, Deceased, Respondent.

*Barsotti* v. *Del Genovese*, 149 App. Div. 946, affirmed.
(Argued April 1, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover moneys alleged to have been advanced to and paid out for the use and benefit of defendant's intestate.

*Louis Steckler* for appellant.

*Walter Carroll Low* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.